EPB
1-Feb-21
Cmmc

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. **21-MJ-0370** |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii) |
| Guillermo KING, | ) | Bringing in Unlawful Alien(s) |
| | ) | Without Presentation |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about January 29, 2021, within the Southern District of California, Defendant, Guillermo KING, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Leticia JUAREZ-Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Carlo E. Nazareno, Task Force Officer
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on February 1, 2021.

_____
ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, HSI Task Force Officer Carlo E. Nazareno, declare under penalty of perjury the following to be true and correct:

The complainant states that Leticia JUAREZ-Ramirez, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On January 29, 2021, at approximately 8:40 P.M., a CBP Officer, assigned to the Anti-Terrorist Contraband Enforcement Team, was conducting pre-primary roving operations at the San Ysidro, California Port of Entry vehicle lanes when he targeted a gray Chevrolet Tracker bearing California license plates. The CBP Officer made contact with the driver and sole visible occupant, Guillermo KING (Defendant), a United States citizen, stated he was going home to San Diego with nothing to declare from Mexico. The CBP Officer conducted an inspection and noticed the bottom of the dashboard was covered with black sheet metal. A Canine Enforcement Officer was requested and the Human/Narcotic Detector Dog (HNDD) alerted to the dash area of the vehicle. The CBP Officer continued to inspect the dash area and discovered what appeared to be a human body inside the dashboard of the vehicle. The Defendant was handcuffed and escorted to the security office and the vehicle was driven to secondary for further inspection.

In secondary, CBP Officers conducted further inspection of the vehicle. The CBP Officer removed two screws that held up the glove box and lifted the center console to gain access to the opening of the compartment. The CBP Officer assisted and removed a female individual later identified as Leticia JUAREZ-Ramirez, a citizen of Mexico, without legal documents to enter the United States and now held as a Material Witness.

At approximately 12:32 AM, Defendant was advised of his Miranda rights and elected to make statements without benefit of counsel. Defendant admitted to smuggling a person concealed in the dashboard of the vehicle he was driving. Defendant stated he was to be paid an amount of $5,000 US dollars and was going to Los Angeles, California.

During a video-recorded interview, the Material Witness admitted to being a citizen of Mexico without documents to enter the United States.  Material Witness stated her family made the smuggling arrangement and was to pay an amount of $16,000 US dollars after successful entry into the United States.  Material Witness stated she was going Santa Maria, California.

Executed on this 30th day of January 2021 at 3:00 AM.

Carlo E. Nazareno / HSI Task Force Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) page(s), I find probable cause to believe that the defendant named therein committed the offense on January 30, 2021 in violation of Title 8, United States Code, Section 1324.

U.S. MAGISTRATE JUDGE
**Hon. ANDREW G. SCHOPLER**

**9:20 AM, Jan 30, 2021**

DATE / TIME